UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| ATLANTICARE MANAGEMENT, LLC, d/b/a PUTNAM RIDGE, | Civil Action No.: 24-3956 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| vs. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

-----------------------------------------------------------------x

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Plaintiff states as follows:

Atlanticare Management, LLC, d/b/a Putnam Ridge ("Putnam Ridge") is a limited liability company incorporated in the State of New York with its principal place of business located in New York. Putman Ridge's two members, Chaya Willinger and Joel Willinger, are both citizens of the State of New York.

Dated: May 22, 2024
       Trumbull, CT

ATLANTICARE MANAGEMENT, LLC, d/b/a
PUTNAM RIDGE

/s/ *Richard W. Brown*
Richard W. Brown, Esq. (SDNY Bar No. RB9945)
Eve-Lynn Gisonni, Esq. (SDNY Bar No. EG0758)
Jasjeet K. Sahani, Esq. (SDNY Bar No. 5900931)
SAXE DOERNBERGER & VITA, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, CT 06611
(203) 287-2100
rbrown@sdvlaw.com
egisonni@sdvlaw.com
jsahani@sdvlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 22, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Richard W. Brown*
                                                Richard W. Brown, Esq.