**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ATLANTICARE MANAGEMENT, LLC, d/b/a PUTNAM
RIDGE,

                                   Plaintiff,                   24 **CIVIL** 3956 (NSR)

           -against-                              <u>**JUDGMENT**</u>

SCOTTSDALE INSURANCE COMPANY,

                                Defendant.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated June 9, 2026, the Court GRANTS Defendant's

motion to dismiss the breach of contract and declaratory judgment claims with prejudice;

accordingly, the case is closed.

**Dated:**  New York, New York

       June 10, 2026

                                 **TAMMI M. HELLWIG**

                                 _____

                                   **Clerk of Court**

                   **BY:**

                                   _____
                                   **Deputy Clerk**